IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH VINCENT SISNEROS,** | Case No. 2:17-cv-01499 GEB EFB |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **ERIC ARNOLD,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including November 7, 2017, to file a responsive pleading to Petitioner's petition for writ of habeas corpus.

Dated: October 24, 2017

_____
The Honorable Edmund F. Brennan

1